■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WARREN, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered March 1, 2005. The judgment convicted defendant, upon his plea of guilty, of vehicular manslaughter in the first degree and driving while intoxicated as a felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.